# EXHIBITS

Sealed Exhibit 1: Photos of Defendant and Johnathan Teagan, Jr. from 10/25/2022
Sealed Exhibit 2: Photos of Defendant's Room on 10/25/2022
Sealed Exhibit 3: Bond Conditions on 10/26/2022
Sealed Exhibit 4: Photos of Search on 10/27/2022
Sealed Exhibit 5: Texts
Sealed Exhibit 6: Photo of fixed blade knife from 11/1/2022
Sealed Exhibit 7: Photo of Marijuana from 11/1/2022
Sealed Exhibit 8: Photos of Sword
Exhibit 9: Bond Hearing Transcript, 10/26/2022