```
                         STATE OF MICHIGAN

              35TH JUDICIAL DISTRICT COURT (WAYNE COUNTY)

THE PEOPLE OF THE TOWNSHIP OF CANTON,

v                                              Case no.: 22P9654

TIMOTHY ALLEN TEAGAN,

            Defendant.
_____/

                   IN-CUSTODY ARRAIGNMENT VIA ZOOM

         BEFORE THE HONORABLE MICHAEL J. GEROU, DISTRICT JUDGE

            Plymouth, Michigan - Wednesday, October 26, 2022

APPEARANCES:

For the People:              None

For the Defendant:           MS. ROBIN M. PERSICONI (P64557)
                             Appointed Counsel
                             38705 Seven Mile Road, Suite 115
                             Livonia, Michigan 48152
                             (734) 451-0033

RECORDED and
    TRANSCRIBED BY:          Ms. Katelin Comstock, CER 9213
                             Certified Electronic Reporter
                             (734) 781-0141
```

TABLE OF CONTENTS

<u>WITNESS: PEOPLE</u>                                                                              <u>PAGE</u>

    None

<u>WITNESS: DEFENDANT</u>

    None

<u>EXHIBITS:</u>                                              <u>IDENTIFIED</u>    <u>ADMITTED</u>

    None

```
1                      Plymouth, Michigan
2                      Wednesday, October 26, 2022 - 12:47 p.m.
3              THE COURT:  State of Michigan versus Timothy Teagan.
4              UNKNOWN PLYMOUTH TOWNSHIP OFFICER:  Your Honor,
5      we'll be right back with Mr. Teagan.
6              MS. PERSICONI:  And, Your Honor, I don't know if
7      Todd is in the courtroom or if he can hear me.  I did complete
8      one more.  I have a Mr. Assemany file.  He should be Zooming
9      in too.  I have that ready to go if Todd wants to grab it.  I
10     don't know if he's there.
11             THE COURT:  What's your name?
12             THE DEFENDANT:  Timothy Allen Teagan.
13             THE COURT:  Good afternoon.
14             THE COURT:  Appearance, please.
15             MS. PERSICONI:  Ready, Your Honor.  Robin Persiconi
16     on behalf of Mr. Teagan.  Your Honor, we are here for his
17     arraignment.  For purposes of his arraignment we are waiving
18     formal reading and standing mute.
19             THE COURT:  I'll enter a not guilty plea.  The bond
20     recommendation--let me see--
21             MS. PERSICONI:  I think the bond recommendation--
22             THE COURT:  --is 5,000, 10 percent, with conditions
23     I presume.
24             MS. PERSICONI:  Yeah.
25             MR. LAHTINEN:  I'm sorry, Ms. Robin.  We still have
```

1    to swear to the warrant.
2            MS. PERSICONI: Oh.
3            THE COURT: Great. Okay. All right. Let's back
4    up. Who's swearing to this one?
5            MR. LAHTINEN: Sergeant Lahtinen, City of Plymouth
6    Police Department.
7            THE COURT: Okay. Could you raise your right hand,
8    please? Do you swear or affirm the testimony you are about to
9    give will be the truth?
10           MR. LAHTINEN: I do, Your Honor.
11                   CRISTOPHER LAHTINEN
12       (At 12:47 p.m., officer sworn by the Court testified
13           as follows)
14           THE COURT: Okay. I have a misdemeanor complaint
15   and warrant regarding Timothy Allen Teagan. Are you familiar
16   with the contents?
17           MR. LAHTINEN: I am, Your Honor.
18           THE COURT: And they're true and accurate to the
19   best of your information, knowledge, and belief?
20           MR. LAHTINEN: They are, Your Honor.
21           THE COURT: I will sign. Let's start over.
22           MR. LAHTINEN: Thank you, Your Honor. Thank you,
23   Your Honor.
24           MS. PERSICONI: So, Judge, for purposes of his
25   arraignment now we waive formal reading and he's standing

4

1    mute.
2             THE COURT: Okay. And the bond recommendation is
3    5,000, 10 percent, with conditions. There's a note here that
4    he has some weapons. I can't read it all. I think they've
5    been given to the police department possibly.
6             MR. LAHTINEN: No, we would ask--
7             THE COURT: No contact with the victim. Not to
8    return to 1030 Cherry Street.
9             MS. PERSICONI: And, Your Honor, with respect to
10   that bond recommendation I'm not opposed to any of the
11   conditions. I am however asking that it be an unsecured
12   personal bond in the amount of 5,000 dollars. He has one
13   prior domestic violence conviction out of 2018. That's the
14   only thing on his criminal record. He does not live with the
15   complaining witness who is his father. So no contact is gonna
16   be very easy for Mr. Teagan while he's under the Court's
17   conditional bond.
18            THE COURT: Were there injuries involved here or any
19   medical care?
20            MR. LAHTINEN: Yes, there were injuries to the
21   victim, Your Honor.
22            THE COURT: Okay. Mr. Teagan, do you have a job?
23            THE DEFENDANT: Yes. I've been working at Domino's
24   for five years.
25            THE COURT: Okay. All right. I'm not inclined to

```
1     go with a personal bond.  How much cash can you raise if they
2     let you use the phone?
3            THE DEFENDANT:  I could make a call to my
4     grandparents and they probably could deliver a few hundred or
5     up to 500 I'd imagine.
6            THE COURT:  Okay.  All right.
7            MR. LAHTINEN:  Your Honor?
8            THE COURT:  Yes, sir.
9            MR. LAHTINEN:  On our recommendation--no weapons
10    have been turned into me.  We would recommend that should he
11    have any weapons they be turned in until this matter is
12    adjudicated.
13           THE COURT:  Oh.  They haven't been turned in yet?
14           MR. LAHTINEN:  Not yet, Your Honor.  If he's in
15    possession of any weapons we would like them turned in until
16    the matter is adjudicated in court.
17           THE COURT:  Okay. Yeah. Absolutely. That's pretty
18    standard on these.
19           MS. PERSICONI:  Does he have any though, Judge?  Did
20    we ascertain if he has any weapons?
21           THE COURT:  I didn't get that far yet.
22           MS. PERSICONI:  Okay.
23           THE COURT:  I'm gonna get there though.
24           THE DEFENDANT:  All my weapons are locked in a gun
25    safe that my little brother has.
```

1     THE COURT: And where does your little brother live?

2     THE DEFENDANT: At that address that I'm not allowed

3 at.

4     THE COURT: Okay.

5     MS. PERSICONI: 1030 Cherry.

6     THE COURT: So they're all in a safe at 1030 Cherry.

7 Officer, did you want to pick those up or are you okay with

8 them--he's not allowed on the premises--being locked in the

9 safe there where he doesn't have access to them?

10     MR. LAHTINEN: We're fine with that, Your Honor.

11     THE COURT: Okay. All right. Okay. I'm gonna make

12 it 5,000, 10 percent. They'll let you use the phone to raise

13 the money. You're to have no contact with Jonathan Teagan--

14 Junior, is it? Obviously, you're not to threaten, assault,

15 harass or bother him. You're not to be at the property of

16 1030 Cherry Street. You've indicated all the weapons are in a

17 safe, locked, at 1030 Cherry. You're not to possess any

18 weapons or firearms of any kind while this is pending. You're

19 not to possess, purchase or consume any controlled substances,

20 alcohol, or intoxicants, including marijuana. You need to

21 comply with any other orders made by a court of record. You

22 need to be ETG tested once a week.

23     And we're giving a date now? No. Okay. They'll send

24 you a date, okay? They'll send you a pre-trial date. Let's

25 see--

7

```
1                    MR. LAHTINEN:  Okay.  Your Honor,--
2                    THE COURT:  I am appointing--
3                    MR. LAHTINEN:  --just for clarification--
4                    THE COURT:  --an attorney, okay?
5                    THE DEFENDANT:  Okay.
6                    MS. PERSICONI:  I'm sorry.  Was that a yes to the
7      court appointed, Judge?
8                    THE COURT:  Yes.
9                    MS. PERSICONI:  Okay.  Thank you.
10                   MR. LAHTINEN:  And, Your Honor, just for
11     clarification the ETG testing once a week is?
12                   MS. PERSICONI:  Alcohol.
13                   THE COURT:  Yeah.  Alcohol testing once a week.
14                   MR. LAHTINEN:  Alcohol testing.  Very good.  Thank
15     you, Your Honor.
16                   THE COURT:  Because there was an indication here
17     that he was using alcohol, correct?
18                   MR. LAHTINEN:  Correct.  Correct.  Yes, Your Honor.
19                   THE COURT:  Yeah.
20                   MR. LAHTINEN:  Okay.  Thank you, Your Honor.
21                   THE COURT:  Okay.  Thank you.
22                   UNKNOWN PLYMOUTH TOWNSHIP OFFICER:  Thank you.  Have
23     a good day.
24                   THE COURT:  You too.
25                   (At 12:54 p.m., hearing concluded)
```

    I certify that this transcript, consisting of 9 pages, is a complete, true, and correct record of the In-custody Arraignment Via Zoom, taken in the case of The State of Michigan versus Timothy Allen Teagan, as recorded on Wednesday, October 26, 2022.

Date: November 2, 2022                                         /s/ Katelin Comstock

                                                                        Katelin Comstock, CER 9213
                                                                        35th District Court
                                                                        660 Plymouth Road
                                                                        Plymouth, Michigan 48170
                                                                        (734) 781-0141