UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

-vs-

TIMOTHY ALLEN TEAGAN,

    *Defendant.*

Case:2:22-cr-20591
Judge: Cox, Sean F.
MJ: Patti, Anthony P.
Filed: 11-09-2022 At 04:38 PM
INDI USA V. TEAGAN (DA)

VIO: 18 U.S.C. § 922(g)(3)
       18 U.S.C. § 922(a)(6)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**18 U.S.C. § 922(g)(3) – Drug User in Possession of a Firearm and Ammunition**

From a date unknown, but by at least October 25, 2022, through and including on October 27, 2022, in the Eastern District of Michigan, the defendant, TIMOTHY ALLEN TEAGAN, knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, namely: a Diamondback Arms, Inc. DB-15 .556 caliber semi-automatic rifle, and ammunition, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWO

### 18 U.S.C. § 922(g)(3) – Drug User in Possession of a Firearm

From July 20, 2022, through and including on October 27, 2022, in the Eastern District of Michigan, the defendant, TIMOTHY ALLEN TEAGAN, knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely: a Glock 34, 9 millimeter caliber pistol, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THREE

### 18 U.S.C. § 922(a)(6) – False Statement in Connection with Acquisition of a Firearm

On or about July 17, 2022, in the Eastern District of Michigan, Southern Division, the defendant, TIMOTHY ALLEN TEAGAN, in connection with the acquisition of a firearm, namely a Glock pistol from a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States Code, did knowingly make a false and fictitious written statement, which statement was intended to deceive and was likely to deceive such dealer, with respect to a fact material to the lawfulness of the sale of the firearm, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, in which he denied being an unlawful

user or addict of a controlled substance, when in fact as the defendant then knew, he was an unlawful user of and addicted to marijuana.

All of which constitutes a violation of Title 18, United Sates Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

*18 U.S.C. § 924(d) and 28 U.S.C. § 2461 – Firearm and Ammunition Forfeiture*

The above allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense alleged in this Indictment, the defendant, TIMOTHY ALLEN TEAGAN, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to a Diamondback Arms, Inc. DB-15 .556 caliber semi-

automatic rifle, Serial Number DB2106637, a Glock 34, 9 millimeter caliber pistol, Serial Number HWF867, and ammunition.

                                              THIS IS A TRUE BILL.

Date: November 9, 2022            *s/Grand Jury Foreperson*
                                                 Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/Michael Martin*
MICHAEL MARTIN
Chief, National Security Unit


*s/Saima S. Mohsin*
SAIMA S. MOHSIN
Assistant U.S. Attorney

ORIGINAL

**(Companion Case information MUST be completed by AUSA and initialed.)**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove— | Case: 2:22-cr-20591<br>Judge: Cox, Sean F.<br>MJ: Patti, Anthony P.<br>Filed: 11-09-2022 At 04:38 PM<br>INDI USA V. TEAGAN (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple—

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    ☒ No

**Companion Case Number:**

**Judge Assigned:**

**AUSA's Initials:** _[signature]_

Case Title: USA v. Timothy Allen Teagan

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information — no prior complaint.
  ✓ Indictment/____Information — based upon prior complaint [Case number: 22-mj-30476 ]
____Indictment/____Information — based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 9, 2022
Date

_[signature]_
Saima Mohsin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9163

E-Mail address: Saima.Mohsin@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.