UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                              CRIMINAL NO. 22-cr-20591
v.                                     HON. SEAN F. COX

TIMOTHY TEAGAN.

      Defendant.

_____/

**STIPULATION AND ORDER EXTENDING TIME IN WHICH TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATIVE REPORT**

NOW COME the above parties, by and through their respective counsel, and stipulate to extending the time in which to file objections to the Presentence Investigative Report from July 12, 2023, to July 26, 2023, for the reason that Defense Counsel will be out of town July 14, 2023 to July 24, 2023 and requires additional time to meet with client, review the report with him, and to complete the objections.

/s/ K. Craig Welkener w/consent  
K. Craig Welkener  
Assistant U.S. Attorney  
211 W. Fort, Suite 2001  
Detroit, Michigan 48226  
(313) 226-9621  
Kenton.Welkener@usdoj.gov

/s/ Todd A. Shanker  
Todd A. Shanker  
Attorney for Defendant  
613 Abbott Street, 5th Floor  
Detroit, Michigan 48226  
(313) 967-5847  
todd_shanker@fd.org

Dated: July 12, 2023

      **SO ORDERED.**

Dated: July 13, 2023                               s/Sean F. Cox  
                                                                    Sean F. Cox  
                                                                     U. S. District Judge